IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0389

KELLY DEAN WORTHAN,

Petitioner and Appellant,

v.

STATE OF MONTANA,

Respondent and Appellee.

## ORDER GRANTING APPELLANT'S FIRST EXTENSION FOR REPLY BRIEF

Pursuant to Appellant Kelly Worthan's motion for extension to file the reply brief and good cause appearing,

IT IS HEREBY ORDERED that Appellant has until April 28, 2023, to file the reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 17 2023